An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123

IN THE SUPREME COURT OF THE STATE OF NEVADA

KENNETH CHARLES MCKNIGHT,
Appellant,
vs.
THE STATE OF NEVADA,
Respondent.

No. 63540

**FILED**

SEP 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _R. Malone_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a proper person appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

On June 28, 2013, appellant filed a notice of appeal from the April 9, 2007, judgment of conviction. Appellant has previously filed an untimely appeal from the 2007 judgment of conviction. *McKnight v. State*, Docket No. 53718 (Order Dismissing Appeal, June 18, 2009). This court has no jurisdiction over appellant's second, untimely notice of appeal from the judgment of conviction. *See Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

SUPREME COURT
OF
NEVADA

(O) 1947A

13-26547

cc:    Hon. Connie J. Steinheimer, District Judge
Kenneth Charles McKnight
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk